NOT DESIGNATED FOR PUBLICATION

No. 119,867

IN THE COURT OF APPEALS OF THE STATE OF KANSAS

STATE OF KANSAS,
*Appellee*,

v.

SERGIO CERVANTES-PUENTES,
*Appellant*.

MEMORANDUM OPINION

Appeal from Sedgwick District Court; JEFFREY E. GOERING, judge. Opinion filed August 2, 2019. Affirmed.

*Kristen B. Patty,* of Wichita, for appellant.

*Boyd K. Isherwood*, assistant district attorney, *Marc Bennett*, district attorney, and *Derek Schmidt*, attorney general, for appellee.

Before ATCHESON, P.J., HILL and BUSER, JJ.

PER CURIAM:  Affirmed under Supreme Court Rule 7.042(b)(5) and (6) (2019 Kan. S. Ct. R. 48).

Affirmed.